IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 4:16-CV-00020-BO

PIERCE,

Plaintiff(s),

vs

GARMON, et al.
Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

ROBERT MACK who is a Defendant,
(name of party)       (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯   NO ⬤

2. Does party have any parent corporations?

   YES ◯   NO ⬤

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
not applicable

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯   NO ⬤

If yes, identify all such owners:
not applicable

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯   NO ⦿

If yes, identify entity and nature of interest:
not applicable

5. Is party a trade association?

YES ◯   NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
not applicable

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
not applicable

Signature: s/ Daniel Snipes Johnson Attorney For Defendant

Date: March, 23, 2016.