# ATTACHMENT NO. 1

## CERTIFIED COPIES OF TWENTY-SEVEN WARRANTS AGAINST PLAINTIFF AND SUBSEQUENT VOLUNTARY DISMISSALS

### CONTENTS:

Certified copies of 27 Mecklenburg County District Court criminal warrants issued by a Magistrate against Plaintiff Ronald Pierce, beginning with file number 14CR223752.

Certified copies of 27 Superior Court Voluntary Dismissal documents signed by Steven D. Hardgrave of the Mecklenburg County District Attorney's Office, beginning with file number 14CRS223752.

Note: Warrant copies were redacted per Fed. R. Civ. P. 5.2(a)

**STATE OF NORTH CAROLINA**
In The General Court Of Justice

_____MECKLENBURG_____ County

**CERTIFICATE OF TRUE COPY**

# Office of the Clerk of the Superior Court

As Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

Number And Description Of Attached Documents:

STATE OF NORTH CAROLINA VS. RONALD LEONARD PIERCE
14CRS223752  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223754  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223755  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223756  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223757  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223758  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223759  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223760  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223761  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223762  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223763  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223764  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223765  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223766  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223767  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223768  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223770  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223771  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223773  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223775  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223776  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223777  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223779  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223780  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223781  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223782  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223783  (1) WARRANT FOR ARREST & (1) DISMISSAL

**SEAL**

Witness my hand and the seal of the Superior Court

| Date |
| 04-22-2016 |
| Clerk Of Superior Court |
| ELISA CHINN-GARY |
| Signature |

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

AOC-G-101, Rev. 4/97
© 1997 Administrative Office of the Courts

| File No. **14CR 223752** | Law Enforcement Case No. **140610104396** | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
  MECKLENBURG      (704) 236-3884

| Race W | Sex M | Date Of Birth ▮▮/1957 | Age |
|---|---|---|---|

**Social Security No./Tax ID No.**
▮▮-8150

**Drivers License No. & State**
8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
01/03/2013

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 67685, $1168.14 from HALIFAX MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY ~~[signature]~~
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature **K V JOHNSON** | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time  ☐ AM ☐ PM |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

PLEA: ☐ guilty ☐ no contest _____    VERDICT: ☐ guilty _____   M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____     ☐ guilty _____
☐ guilty ☐ no contest _____     ☐ guilty _____   M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty     ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☑ PM | Date Returned |
|---|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lack | V. Lackey #445 |

Department Or Agency Of Officer

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☑ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223752

**In The General Court Of Justice**
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223752 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_    ☐ See additional information on reverse.

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

_(Over)_

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. **14CR 223754** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | ████1957 | |

Social Security No./Tax ID No.
████-8150

Drivers License No. & State
8282364 NC

Name Of Defendant's Employer

Offense Code(s)
I 2632

Offense In Violation Of G.S.
I 14-100

Date Of Offense
04/09/2011

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY        (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 127760638, $3123.92 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| Signature K V JOHNSON | Location Of Court | Court Date |
| [X] Magistrate   [ ] Deputy CSC | | |
| [ ] Assistant CSC   [ ] Clerk Of Superior Court | | Court Time  [ ] AM  [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 | |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | | Attorney For Defendant | | PRIOR CONVICTIONS: |
|---|---|---|---|---|
| | ☐ Waived ☐ Not Indigent | | ☐ Appointed ☐ Retained | No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |

PLEA: ☐ guilty  ☐ no contest _____  VERDICT: ☐ guilty _____  M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest _____   ☐ guilty _____  M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest _____   ☐ guilty _____  M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____   ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| Oct 21·14 | 10·21·14 | 1410 ☐AM ☑PM | | 10·21·14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| R. Gull | K. Stokes x 295 |

*Department Or Agency Of Officer*
NCSO

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐AM ☐PM | |

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

*Department Or Agency Of Officer*

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. (☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____; days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____.
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____.
☐ sentence is to run at the expiration of the sentence in _____.

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

File No.

14CRS223754

Mecklenburg County

FILED

APR 22 2015

AT _____ O'CLOCK ___ M

CLERK OF SUPERIOR COURT

**Mecklenburg** County

## STATE VERSUS

In The General Court Of Justice

☐ District  ☒ Superior Court Division

**Defendant**
Ronald Pierce

# DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223754 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. | 14CR 223755 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

Printed on 06/21/2014 01:21 PM

# WARRANT FOR ARREST

**NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS**

### Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County     In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▉1957 | |

**Social Security No./Tax ID No.** ▉8150

**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)** I 2632

**Offense In Violation Of G.S.** I 14-100

**Date Of Offense** 09/13/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 025235, $6453.46 from FARM BUREAU INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate    ☐ Deputy CSC | | Court Time  ☐ AM  ☐ PM |
| ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

<table>
<tr><td colspan="2">

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

</td></tr>
</table>

| District Attorney | | | Attorney For Defendant | | PRIOR CONVICTIONS: |
|---|---|---|---|---|---|
| | ☐ Waived ☐ Not Indigent | | | ☐ Appointed ☐ Retained | No./Level: ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest ____ **VERDICT:** ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty ____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ ____
☐ be imprisoned for a term of ____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for ____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☐ PM | Date Returned |
|---|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| [signature] x2768 | J. Mullen |

Department Or Agency Of Officer
*Mecklenburg Sheriff*

**"Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."**

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

**RETURN FOLLOWING REDELIVERY/REISSUANCE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☐ PM | Date Returned |
|---|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

☐ 6. complete ____ hours of community service during the first ____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within ____ days.
☐ 7. not be found in or on the premises of the complainant or ____
☐ 8. not assault, communicate with or be in the presence of the complainant or ____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: ____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case is consolidated for judgment with ____
☐ sentence is to run at the expiration of the sentence in ____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except ____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s)____ of this Warrant, and the Count(s) is dismissed.

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

## STATE VERSUS

**Defendant**
Ronald Pierce

File No.

**14CRS223755**

In The General Court Of Justice
☐ District ☒ Superior Court Division

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223755 | I | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_   ☐ See additional information on reverse.

NOTE: _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

_(Over)_

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. 14CR 223756 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

**WARRANT FOR ARREST**

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

| Race W | Sex M | Date Of Birth ●●1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ●●8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Check Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
08/07/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH           NC     27699
WAKE COUNTY        (919) 807-5840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 032141385, $2632.30 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Clerk Superior Court

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | Court Time  ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 01:58 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | **PRIOR CONVICTIONS:**<br>No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

## RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 | 6·21·14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X776 | J. Miller |

Department Or Agency Of Officer
*Meck Sheriff*

## REDELIVERY/REISSUANCE
| Date | Signature | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISS
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM |
|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

Signature Of Attorney

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. _____
☐ 7. _____
☐ 8. not assault, communicate with, or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case is consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

**COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC<br>☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____O'CLOCK____M
BY_____
CLERK OF SUPERIOR COURT

File No.

14CRS223756

**STATE OF NORTH CAROLINA**

_____Mecklenburg_____ County

**STATE VERSUS**

Defendant
Ronald Pierce

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223756 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

# WARRANT FOR ARREST

## STATE OF NORTH CAROLINA

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

MECKLENBURG County    In The General Court Of Justice District Court Division

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

**THE STATE OF NORTH CAROLINA VS.**

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE    NC    28226
MECKLENBURG    (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | ▓1957 | |

**Social Security No./Tax ID No.** ▓8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|-----------------|------------------------------|
| I 2632 | I 14-100 |

**Date Of Offense**
05/07/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH    NC    27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 032160294, $34270.44 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate   [ ] Deputy CSC<br>[ ] Assistant CSC   [ ] Clerk Of Superior Court | | Court Time [ ] AM [ ] PM |

[X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**
**Date Issued** 06/19/2014

Printed on 06/21/2014 03:32 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) __ ☐ II (1-4) __ ☐ III (5+) __ |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**RETURN OF SERVICE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | AM | Date Returned |
|---|---|---|---|---|
| 6/21/2014 | 6/21/2014 | 1425 | ☒PM | 6/21/2014 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| C. Wylie | C. WYLIE X4166 |

Department Or Agency Of Officer
*MCSO*

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

**RETURN FOLLOWING REDELIVERY/REISSUANCE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | AM PM | Date Returned |
|---|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."**

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

**APPEAL ENTRIES**
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

Signature Of Attorney

**CERTIFICATION**
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #83

APR 23 2015

STATE VERSUS

**Defendant**
Ronald Pierce

File No.

14CRS223757

In The General Court Of Justice
☐ District ☒ Superior Court Division

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223757 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY

| File No. | 14CR 223758 | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|
| | | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County   In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓▓▓▓1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▓▓▓▓8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
01/22/2013

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 56346, $4192.91 from NORTH CAROLINA JOINT UNDERWRITING ASSOCIATION INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| ☒ Magistrate   ☐ Deputy CSC | | **Court Time** |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM  ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 4:47 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☒ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lackey | V. Lackey x4457 |

Department Or Agency Of Officer

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | | ☐ Waived ☐ Not Indigent | Attorney For Defendant | | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |
|---|---|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____  VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____  ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution. (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victim's Restitution)/Certification Of Identity (Witness Attendance)."

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223758

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223758 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: Recall all outstanding Orders For Arrest in a dismissed case.

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: (specify)   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. (If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: (specify)   ☐ See additional information on reverse.

NOTE: This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.

Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. **14CR 223759** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE            NC     28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 30964275, $10457.29 from LIBERTY MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
01/16/2013

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH              NC     27699
WAKE COUNTY       (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By _____

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate  ☐ Deputy CSC ☐ Assistant CSC  ☐ Clerk Of Superior Court | | Court Time  ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

Printed on 06/21/2014 02:29 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐ AM ☒ PM | 6/21/14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lackey | V. Lackey x4457 |

Department Or Agency Of Officer

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
|  |  | ☐ AM ☐ PM |  |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
|  | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |
|---|---|---|---|---|

**PLEA:** ☐ guilty ☐ no contest ____ **VERDICT:** ☐ guilty ____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty ____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is/are dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

**File No.**

14CRS223759

In The General Court Of Justice
☐ District ☒ Superior Court Division

### STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223759 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_ ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_ ☐ See additional information on reverse.

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

_(Over)_

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY

Printed on 06/21/2014 01:56 PM

| | | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

**WARRANT FOR ARREST**

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County    In The General Court Of Justice
District Court Division

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE                    NC      28226
MECKLENBURG          (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| 8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
09/14/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH                    NC      27699
WAKE COUNTY          (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 0077817621, $1581.58 from NATIONWIDE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| [X] Magistrate  [ ] Deputy CSC | | Court Time |
| [ ] Assistant CSC  [ ] Clerk Of Superior Court | | [ ] AM  [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☑ PM | Date Returned |
|---|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official  *Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| *X2765* | J. Miller |

Department Or Agency Of Officer  *NCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

PRIOR CONVICTIONS: No./Level: _____ ☐ I (0) _____ ☐ II (1-4) _____ ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: {Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

**STATE OF NORTH CAROLINA**

Mecklenburg     County

MECKLENBURG COUNTY
FILED #83
APR 23 2015

AT_____O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

File No.    14CRS223760

In The General Court Of Justice
☐ District   ☒ Superior Court Division

**STATE VERSUS**

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223760 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
     No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:


in exchange for a dismissal of the following charges:


☐ 4. Other: *(specify)*    ☐ See additional information on reverse.


A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

---

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____

| File No. 14CR 223761 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG      (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

**Social Security No./Tax ID No.**  ████8150
**Drivers License No. & State**  8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
12/19/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 198059473, $2588.29 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

*(over)*

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

### RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 6-21-14 | 6-21-14 | 1910 ☐ AM ☑ PM | | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| *J. State K276(* | *J. Millm* |

Department Or Agency Of Officer
*NCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

| District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0)___ ☐ II (1-4)___ ☐ III (5+) |
|---|---|---|---|---|

| PLEA: | VERDICT: | |
|---|---|---|
| ☐ guilty  ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ guilty  ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ guilty  ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ not guilty _____ | ☐ not guilty _____ | |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution. (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is/are dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | | |
|---|---|---|---|---|
| | | | ☐ Deputy CSC | |
| | | | ☐ Assist. CSC | ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

File No.
14CRS223761

Mecklenburg County　APR 28 2015

In The General Court Of Justice
☐ District　☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223761 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*　☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*　☐ See additional information on reverse.

---

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

---

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. | 14CR 223762 | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|
| | | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

# WARRANT FOR ARREST

## STATE OF NORTH CAROLINA

**MECKLENBURG** County    In The General Court Of Justice
District Court Division

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE     NC    28226
MECKLENBURG    (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ~~~~1957 | |

**Social Security No./Tax ID No.** ~~~~8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
12/13/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 100879441, $8745.76 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Assistant Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| ☒ Magistrate ☐ Deputy CSC | | Court Time ☐ AM ☐ PM |
| ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**Date Issued** 06/19/2014

☒ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

(over)

**ORIGINAL COPY**

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 ☐ AM ☑ PM | 6·21·14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X2765 | J. Miller |

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC  ☐ Assist. CSC  ☐ CSC |

### RETURN·FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

| | Signature Of Attorney |
|---|---|
| | |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____   VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____   ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____   ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____   ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $_____

☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s)_____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC  ☐ Assist. CSC  ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

File No. 14CRS223762

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
# NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223762 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. **14CR 223763** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE           NC      28226
MECKLENBURG       (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107541330, $15350.89 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████ 1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████ 8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
·12/20/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH         NC      27699
WAKE COUNTY        (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 0:19 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: _9_ ☐ I (0) ☐ II (1-4)___ ☐ III (5+) |

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | ☐ AM ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magestrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X2765 | J. Miller |

Department Or Agency Of Officer
*Mech Sheriff*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| | | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| PLEA: | ☐ guilty ☐ no contest____ | VERDICT: | ☐ guilty | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| | ☐ guilty ☐ no contest____ | | ☐ guilty | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| | ☐ guilty ☐ no contest____ | | ☐ guilty | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| | ☐ not guilty | | ☐ not guilty | |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $_____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit_____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."

☐ 6. complete _____ hours of community service during the _____ _____ _____ and pay the fee prescribed by G.S. 143B-708 to the _____ service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____

☐ 7. not be found in or on the premises of the _____

☐ 8. not assault, communicate with or be in the presence of _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s)_____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

**NOTE:** If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg **County**

File No. 14CRS223763

In The General Court Of Justice
☐ District ☒ Superior Court Division

**STATE VERSUS**

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223763 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)* ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)* ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. | 14CR 223764 | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

## STATE OF NORTH CAROLINA

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 155016792, $1962.48 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| 8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
12/10/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY       (919) 807-6840

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY: Deputy. Clerk Superior Court

This (are) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| ☒ Magistrate  ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC  ☐ Clerk Of Superior Court | | ☐ AM  ☐ PM |

☐ Misdemeanor Offense Which Requires
Fingerprinting Per Fingerprint Plan

Is Issued

Printed on 06/21/2014

| | | |
|---|---|---|
| If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant. | | |

**District Attorney** ☐ Waived ☐ Not Indigent   **Attorney For Defendant** ☐ Appointed ☐ Retained

**PRIOR CONVICTIONS:** No./Level: _0_ ☐ I (0) __ ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest ____ **VERDICT:** ☐ guilty ____ M. CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest ____ ☐ ____ M. CL ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest ____ ☐ not guilty

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 | ☐ AM ☑ PM | 6·21·14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return    Name Of Officer (Type Or Print)
K. Stokes    L. STOKES #298

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| | | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return    Name Of Officer (Type Or Print)

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily, and understandingly entered the above plea. On the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is required by G.S. ____
Execution of the sentence is suspended and the defendant is placed on probation for ____
the ____ 1) commit no criminal offense ____
listed in G.S. ____ pending trial and sentencing ____
equip the defendant for suitable employment, and abide by all rules ____ required by the Court, pay to the Clerk the costs of ____

| Fine | Restitution** | Attorney's Fee | Community Service Fee |
|---|---|---|---|
| $ | $ | $ | $ |

**Name(s), address(es), of the persons or other approved party(ies) to whom ____
of liberty ____ of Liberty ____

☐ 6. complete _____ hours of community service during the ____ service coordinator, and pay the fee prescribed by G.S. ____
☐ 7. not be found in or on the premises of the ____
☐ 8. not assault, ____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-317)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with ____
☐ sentence is to run at the expiration of the sentence in ____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-1   Filed 05/02/16   Page 37 of 83

# STATE OF NORTH CAROLINA

____Mecklenburg____ County

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____ O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

File No.
14CRS223764

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223764 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)* .     ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY _____

| File No. | | | Law Enforcement Case No. | 140610104396 | LID No. | | SID No. | | FBI No. | |
|---|---|---|---|---|---|---|---|---|---|---|

**14CR 223765**

# WARRANT FOR ARREST

**Offense**

I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE              NC        28226
  MECKLENBURG          (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 2100700388, $7112.74 from CENTRAL MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
12/03/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH              NC        27699
WAKE COUNTY          (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| | Signature | Location Of Court | Court Date |
|---|---|---|---|
| ☒ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** | K V JOHNSON | | |
| **Date Issued** 06/19/2014 | ☒ Magistrate  ☐ Deputy CSC<br>☐ Assistant CSC  ☐ Clerk Of Superior Court | | Court Time  ☐ AM ☐ PM |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6/21/2014 | 6/21/2014 | 1425 | 6/21/2014 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| C. Wylie | C. WYLIE - X4166 |

Department Or Agency Of Officer
*MCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

| | Signature Of Attorney |
|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. (☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of judgment pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #03
APR 23 2015

AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR DIVISION

File No.
14CRS223765

In The General Court Of Justice
☐ District  ☒ Superior Court Division

STATE VERSUS

Defendant
Ronald Pierce

DISMISSAL
NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223765 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the charges are readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

# WARRANT FOR ARREST

**Printed on 06/21/2014 0 :43 PM**

Offense
**I F-OBTAIN PROPERTY FALSE PRETENSE**

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
| ████8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
| I 2632 | I 14-100 |

Date Of Offense
12/03/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 2100700389, $5150.17 from CENTRAL MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
| K V JOHNSON | | |

| | Court Time |
| [X] Magistrate   [ ] Deputy CSC | [ ] AM [ ] PM |
| [ ] Assistant CSC   [ ] Clerk of Superior Court | |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | | Attorney For Defendant | | PRIOR CONVICTIONS: | | | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ Waived ☐ Not Indigent | | ☐ Appointed ☐ Retained | No./Level: _0_ | ☐ I (0) | ☐ II (1-4) | ☐ III (5+) | |

PLEA: ☐ guilty ☐ no contest _____  VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 ☐AM ☑PM | 6·21·14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return X2765 | Name Of Officer (Type Or Print) J. Miller |
|---|---|

Department Or Agency Of Officer
*MCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐AM ☐PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-1   Filed 05/02/16   Page 43 of 83

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
# NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223766 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

| File No. | 14CR 223767 |
|---|---|

**WARRANT FOR ARREST**

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE            NC     28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 191140552, $3823.41 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
11/28/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH              NC     27699
WAKE COUNTY        (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY _____
Assistant/Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and present information about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐ AM ☑ PM | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| Y. Cooley | Y. Lackey x4457 |

Department Or Agency Of Officer

*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

District Attorney ☐ Waived ☐ Not Indigent

Attorney For Defendant ☐ Appointed ☐ Retained

**PRIOR CONVICTIONS:**
No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below:

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to be run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

**File No.**

14CRS223767

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223767 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY

(Over)

| File No. | **14CR 223768** |
|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

**THE STATE OF NORTH CAROLINA VS.**

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓▓1957 | |

**Social Security No./Tax ID No.** ▓▓8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)**
I 2632

**Offense In Violation Of G.S.**
I 14-100

**Date Of Offense**
11/21/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties And Telephone Nos.)**

Printed on 06/21/2014 8:34 PM

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

# STATE OF NORTH CAROLINA

MECKLENBURG    County    In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 7289636, $1080.90 from FARM BUREAU INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By
Assistant Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| [X] Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: __0__ ☐ I¹(0) ☐ II¹ (1-4) ☐ III (5+) |

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 10·21·14 | 10·21·14 | 1410 | ☐ AM ☑ PM | 10·21·14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| T. Suttle | K. Stokes x 2999 |

Department Or Agency Of Officer
WCSO

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| | | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No. _____

14CRS223768

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

# DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223768 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*      ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*      ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____
Assistant Deputy Clerk Superior Court

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. | 14CR 223770 | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|

**WARRANT FOR ARREST**

| | |
|---|---|
| *Law Enforcement Case No.* 140610104396 | |
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | |

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

**STATE OF NORTH CAROLINA**

MECKLENBURG    County

In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE              NC      28226
MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▓8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
11/14/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH                 NC      27699
WAKE COUNTY         (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107490803, $2918.83 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |

| | | Court Time |
|---|---|---|
| [X] Magistrate   ☐ Deputy CSC | | ☐ AM ☐ PM |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

*(over)*

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

*Printed on 06/21/2014 03:13:11 PM*

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| L Stokes | L. STOKES 1093 |

Department Or Agency Of Officer
*WCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

| | Signature Of Attorney |
|---|---|

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) ___ |

| PLEA: | VERDICT: | |
|---|---|---|
| ☐ guilty ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ guilty ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ guilty ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ not guilty _____ | ☐ not guilty _____ | |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is/are dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

# STATE OF NORTH CAROLINA

__Mecklenburg__ County

MECKLENBURG COUNTY
FILED #83

APR 28 2015

File No.

14CRS223770

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223770 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY

(Over)

| File No. | **14CR 223771** | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107484767, $4476.01 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
| ████-8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
| I 2632 | I 14-100 |

Date Of Offense
11/09/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INV▓
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY        (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |

| [X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** | Date Issued 06/19/2014 | [X] Magistrate  ☐ Deputy CSC ☐ Assistant CSC  ☐ Clerk Of Superior Court | | Court Time ☐ AM ☐ PM |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 C   3:19 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |
|---|---|---|---|---|

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 | 6·21·14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*
Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X276S | J. Miller |

*Department Or Agency Of Officer*
MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

*Department Or Agency Of Officer*

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)*]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."*

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

___Mecklenburg___ County

**STATE VERSUS**

Defendant
Ronald Pierce

File No.
14CRS223771

In The General Court Of Justice
☐ District   ☒ Superior Court Division

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223771 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the charges are readily to be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____

| File No. **14CR 223773** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 34003377, $4634.64 from UNIVERSAL NORTH AMERICAN INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
11/07/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY       (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY ████████

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | [X] Magistrate   [ ] Deputy CSC<br>[ ] Assistant CSC   [ ] Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|---|
| | | | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

No./Level: __0__ ☐ I (0)___ ☐ II (1-4)___ ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")**

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☒ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X276? | J. Miller |

Department Or Agency Of Officer: NCSO

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of probation pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

| | Signature Of Attorney |
|---|---|

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts
*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____O'CLOCK_____
BY_____
CLERK OF SUPERIOR COURT

Mecklenburg County

**STATE VERSUS**

Defendant
Ronald Pierce

File No.
14CRS223773

In The General Court Of Justice
☐ District ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223773 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the charges cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

---

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____

| File No. | 14CR 223775 | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

Law Enforcement Case No. NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE        NC      28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107481088, $5937.29 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
11/07/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH        NC      27699
WAKE COUNTY        (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant Deputy Clerk Superior Court

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| [X] Magistrate   [ ] Deputy CSC | | Court Time |
| [ ] Assistant CSC   [ ] Clerk Of Superior Court | | [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

*(over)*

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

Printed on 06/21/2014 02:33:47 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type or Print) |
|---|---|
| V. Lackey | V. Lackey #4457 |

Department Or Agency Of Officer
MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

File No.

14CRS223775

In The General Court Of Justice
☐ District  ☒ Superior Court Division

Mecklenburg County

## STATE VERSUS

**Defendant**
Ronald Pierce

# DISMISSAL
# NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223775 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
   No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

   in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

| File No. 14CR 223776 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
| --- | --- | --- | --- | --- |
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE        NC      28226
MECKLENBURG      (704) 236-3884

| Race | Sex | Date Of Birth | Age |
| --- | --- | --- | --- |
| W | M | ███1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
| --- | --- |
| ███8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
| --- | --- |
| I 2632 | I 14-100 |

**Date Of Offense**
11/07/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

---

## STATE OF NORTH CAROLINA

MECKLENBURG      County        In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107481126, $2406.04 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

*A TRUE COPY*
*CLERK OF SUPERIOR COURT*
*MECKLENBURG COUNTY*
*BY _____ Assistant Deputy, Clerk Superior Court*

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
| --- | --- | --- |
| ☒ Magistrate    ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC ☐ Clerk of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
| --- | --- |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts                    **(over)**                    **ORIGINAL COPY**

*Printed on 06/21/2014 0   7:36 PM*

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 ☐ AM ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official  *MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return  *K. Owl*

Name Of Officer (Type Or Print)  *K. Owl X298*

Department Or Agency Of Officer  *MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return  | Name Of Officer (Type Or Print)

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223776

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223776 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_   ☐ See additional information on reverse.

NOTE: _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

_(Over)_

| File No. **14CR 223777** | Law Enforcement Case No. **140610104396**<br>NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name and Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓▓1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▓▓8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
10/29/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH      NC    27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 191120581, $6769.52 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature<br>K V JOHNSON<br>[X] Magistrate   [ ] Deputy CSC<br>[ ] Assistant CSC   [ ] Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|
| | | Court Time<br>[ ] AM [ ] PM |

| [X] **Misdemeanor Offense Which Requires**<br>**Fingerprinting Per Fingerprint Plan** | Date Issued<br>06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*

**ORIGINAL COPY**

Case 4:16-cv-00020-BO   Document 32-1   Filed 05/02/16   Page 66 of 83

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10-21-14 | 10-21-14 | 17:10 ☐ AM ☑ PM | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
M MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return | Name Of Officer (Type Or Print)
K. STONES X2995

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return | Name Of Officer (Type Or Print)

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

Date | Signature Of District Court Judge

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Date Waived | Signature Of Defendant

Signature Of Attorney

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |

PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of sentence pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223777

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223777 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. **14CR 223779** | Law Enforcement Case No. **140610104396** | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

| | | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County    In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG      (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 83154187, $10391.67 from TRAVELERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ███1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ███8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
10/30/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY ~~Lynda Calup~~
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|

| ☒ Magistrate  ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC  ☐ Clerk Of Superior Court | | ☐ AM  ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)
**ORIGINAL COPY**

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1910 ☑ AM ☐ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| *MF Smith* | *MF Smith* |

Department Or Agency Of Officer

*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

PRIOR CONVICTIONS: No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant:
☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days serve
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certific. Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ CS ☐ Assist. CSC |

# STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #83
APR 23 2015
AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

File No. 14CRS223779

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223779 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____

| File No. 14CR 223780 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG    County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE    NC    28226
MECKLENBURG    (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 507976292, $4005.22 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ___1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ___8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
10/28/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH    NC    27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant Deputy, Clerk Of Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate   [ ] Deputy CSC | | Court Time |
| [ ] Assistant CSC   [ ] Clerk Of Superior Court | | [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☒ PM | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 | 6·21·14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return: *MRS # 0879*
Name Of Officer (Type Or Print): *M F Smith*

Department Or Agency Of Officer: *MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return
Name Of Officer (Type Or Print)

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

Signature Of Attorney

---

| District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

PRIOR CONVICTIONS: No./Level: __0__ ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC<br>☐ Assist. CSC ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____O'CLOCK____
BY_____
CLERK OF SUPERIOR COURT

File No.

14CRS223780

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**STATE VERSUS**

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223780 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_     ☐ See additional information on reverse.

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY_____

_(Over)_

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

Case 4:16-cv-00020-BO   Document 32-1   Filed 05/0...

| File No. | 14CR 223781 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County — In The General Court Of Justice District Court Division

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG       (704) 236-3844

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ███ 1957 | |

**Social Security No./Tax ID No.**
███-8150

**Drivers License No. & State**
8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
10/29/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107467823, $12479.38 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

**Signature**
K V JOHNSON

[X] Magistrate   [ ] Deputy CSC
[ ] Assistant CSC   [ ] Clerk Of Superior Court

**Location Of Court**

**Court Date**

**Court Time**   [ ] AM  [ ] PM

[X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

**Date Issued**
06/19/2014

(over)

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

Printed on 06/21/2014 0... ...5:34 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐ AM ☑ PM | | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lack | V. Lackey x4457 |

Department Or Agency Of Officer

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| | | ☐ AM ☐ PM | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ I (1-4) ☐ 1 ☐ II ☐ 2 ☐ 3 |

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims') Restitution/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|
| | | | |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____ O'CLOCK __M.
BY_____
CLERK OF SUPERIOR COURT

File No. 14CRS223781

In The General Court Of Justice
☐ District  ☒ Superior Court Division

### STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223781 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

---

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | *[signature]* |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | BY *[signature]* Deputy, Clerk Superior Court |

| File No. | **14CR 223782** | Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|---|---|

**WARRANT FOR ARREST**

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

| Offense | |
|---|---|
| I F-OBTAIN PROPERTY FALSE PRETENSE | |

# STATE OF NORTH CAROLINA

_MECKLENBURG_ County

In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE         NC    28226
MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 507976242, $3731.32 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
10/25/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH             NC    27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

_Krystal Oakes_

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| ☒ Magistrate  ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC  ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 | |
|---|---|---|

(over)

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type or Print) |
|---|---|
| V. Lackey | V. Lackey, #4457 |

Department Or Agency Of Officer
MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty  ☐ no contest _____  VERDICT: ☐ guilty _____  M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____  ☐ guilty _____  M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____  ☐ guilty _____  M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty  ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended.  ☐ is not recommended.  [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certific Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury.  ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

Mecklenburg _____ County

**File No.**

14CRS223782

In The General Court Of Justice
☐ District   ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223782 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

Assistant Deputy, Clerk Superior Court

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

Case 4:16-cv-00020-BO   Document 32-1   Filed 05/02/16   Page 80 of 83

# WARRANT FOR ARREST

Law Enforcement Case No. 140610104396

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

| LID No. | SID No. | FBI No. |
|---|---|---|

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

Printed on 06/21/2014 0...8:58 PM

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE                NC        28226
  MECKLENBURG          (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ███1957 | |

**Social Security No./Tax ID No.**
███8150

**Drivers License No. & State**
8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)**
I 2632

**Offense In Violation Of G.S.**
I 14-100

**Date Of Offense**
10/25/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH                NC        27699
WAKE COUNTY          (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107465664, $5000.00 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

**Signature**
K V JOHNSON

[X] Magistrate        [ ] Deputy CSC
[ ] Assistant CSC   [ ] Clerk Of Superior Court

| Location Of Court | Court Date |
|---|---|

| | Court Time |
|---|---|
| | [ ] AM [ ] PM |

[X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

**Date Issued**
06/19/2014

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | | ☐ Waived ☐ Not Indigent | Attorney For Defendant | | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|---|---|

PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

## RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐AM ☑PM | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return *V. Lock*   Name Of Officer (Type Or Print) *V. Locke x4451*

Department Or Agency Of Officer *MCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐AM ☐PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return   Name Of Officer (Type Or Print)

Department Or Agency Of Officer

### APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution. (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-60*

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83
APR 28 2015

Mecklenburg County

| | File No. |
|---|---|
| | 14CRS223783 |

**STATE VERSUS**

*Defendant*
Ronald Pierce

In The General Court Of Justice
☐ District ☒ Superior Court Division

**DISMISSAL
NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223783 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)* ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)* ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts