# ATTACHMENT NO. 2

## CERTIFIED COPIES OF TWENTY-SEVEN WARRANTS AGAINST PLAINTIFF AND SUBSEQUENT VOLUNTARY DISMISSALS

### CONTENTS:

Certified copies of 27 Mecklenburg County District Court criminal warrants issued by a Magistrate against Plaintiff Ronald Pierce, beginning with file number 14CR223784.

Certified copies of 27 Superior Court Voluntary Dismissal documents signed by Steven D. Hardgrave of the Mecklenburg County District Attorney's Office, beginning with file number 14CRS223784.

Note: Warrant copies were redacted per Fed. R. Civ. P. 5.2(a)

**STATE OF NORTH CAROLINA**

In The General Court Of Justice

MECKLENBURG _____ County

**CERTIFICATE OF
TRUE COPY**

# Office of the Clerk of the Superior Court

As Clerk of the Superior Court of this County, State of North Carolina, I certify that the attached copies of the documents described below are true and accurate copies of the originals now on file in this office.

Number And Description Of Attached Documents:

STATE OF NORTH CAROLINA VS. RONALD LEONARD PIERCE
14CRS223784  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223785  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223786  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223787  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223788  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223790  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223791  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223792  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223794  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223795  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223796  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223797  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223799  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223800  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223801  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223802  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223803  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223804  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223805  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223806  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223807  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223808  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223809  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223811  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223813  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223814  (1) WARRANT FOR ARREST & (1) DISMISSAL
14CRS223815  (1) WARRANT FOR ARREST & (1) DISMISSAL

Witness my hand and the seal of the Superior Court

**SEAL**

| Date |
| --- |
| 04-22-2016 |

Clerk Of Superior Court

ELISA CHINN-GARY

Signature

*Uliptal Oakes*

☐ Deputy CSC    ☒ Assistant CSC    ☐ Clerk Of Superior Court

AOC-G-101, Rev. 4/97
© 1997 Administrative Office of the Courts

| File No. 14CR 223784 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

## WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

Printed on 06/24/2014 03:30 PM

### STATE OF NORTH CAROLINA

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

#### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG        (704) 236-3884

| Race W | Sex M | Date Of Birth ▉▉/1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ▉▉8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
10/18/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 0067266, $1427.50 from HALIFAX MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|
| | | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

| If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant. | District Attorney ☐ Waived ☐ Not Indigent | Attorney For Defendant ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) ___ |

**PLEA:** ☐ guilty _____ ☐ no contest _____
☐ guilty _____ ☐ no contest _____
☐ guilty _____ ☐ no contest _____
☐ not guilty _____

**VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐AM ☑PM | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lackey | V. Lackey x4457 |

Department Or Agency Of Officer
*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐AM ☐PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)*]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims') Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #83
APR 23 2015

AT_____ O'CLOCK____M
BY_____
CLERK OF SUPERIOR COURT

| | File No. |
| --- | --- |
| | 14CRS223784 |

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
| --- | --- | --- |
| 14CRS223784 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
| --- | --- | --- |
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
| --- | --- | --- |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Assistant Deputy Clerk Superior Court

| File No. 14CR 223785 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE                NC        28226
MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ■■■1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ■■■8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
10/15/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH                NC        27699
WAKE COUNTY        (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 17912142, $3432.51 from TRAVELERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

*A TRUE COPY*
*CLERK OF SUPERIOR COURT*
*MECKLENBURG COUNTY*
*BY _____*
*Assistant/Deputy Clerk Superior Court*

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate    ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC    ☐ Clerk Of Superior Court | | ☐ AM  ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 | |
|---|---|---|

*(over)*

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

Printed on 06/21/2014 0  3:09 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** |
|---|---|---|---|---|

No./Level: _0_ ☐ I (0) _ ☐ II (1-4) _ ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____  **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty _____

## RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐AM ☑PM | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*
Magistrate

☐ This Warrant WAS NOT served for the following reason:

| *Signature Of Officer Making Return* | *Name Of Officer (Type Or Print)* |
|---|---|
| V. Lackey | V. Lackey # 4457 |

*Department Or Agency Of Officer*
MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐AM ☐PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| *Signature Of Officer Making Return* | *Name Of Officer (Type Or Print)* |
|---|---|

*Department Or Agency Of Officer*

## APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served
☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

***NOTE:** If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604

# STATE OF NORTH CAROLINA

____Mecklenburg____ County

STATE VERSUS

**Defendant**
Ronald Pierce

FILED
APR 23 2015
O'CLOCK __M

File No.

14CRS223785

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223785 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 154-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By
Assistant Deputy, Clerk Superior Court

*(Over)*

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/10/16   Page 8 of 83

| File No. | 14CR 223786 | Law Enforcement Case No. | 140610104396 | LID No. | | SID No. | | FBI No. | |

**File No.** 14CR 223786

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE            NC        28226
MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
| W | M | ▮▮▮▮1957 | |

**Social Security No./Tax ID No.** ▮▮▮▮8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)** I 2632
**Offense In Violation Of G.S.** I 14-100

**Date Of Offense**
09/28/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH            NC        27699
WAKE COUNTY        (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 17840597, $4845.62 from TRAVELERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY ▮▮▮▮▮▮ Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
| [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | | Court Time  [ ] AM  [ ] PM |

[X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

**Date Issued** 06/19/2014

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 9:10 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|
| | | | | No./Level: __0__ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty  ☐ no contest _____  **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest _____  ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____  ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release  ☐ is recommended.  ☐ is not recommended.  [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a  ☐ longer  ☐ shorter  period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1910 ☐ AM ☐ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| T. Stokes | T. STOKES X2499 |

*Department Or Agency Of Officer*
MCSO

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

**RETURN FOLLOWING REDELIVERY/REISSUANCE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

*Department Or Agency Of Officer*

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury.  ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

| | Signature Of Attorney |
|---|---|

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

File No.

14CRS223786

Mecklenburg _____ County    APR 22 2015

In The General Court Of Justice
☐ District   ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223786 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

| File No. | 14CR 223787 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC        28226
  MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 100849212, $4123.52 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓▓▓1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▓▓▓8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
  10/11/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
 ANNE M GARMON
 NC DEPARTMENT OF INSURANCE CRIMINAL INVE
 1201 MAIL SERVICE CENTER
 RALEIGH            NC      27699
 WAKE COUNTY    (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC<br>☐ Assistant CSC   ☐ Clerk Of Superior Court | | Court Time  ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)

**ORIGINAL COPY**

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

Printed on 06/21/2014 05:21 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lack | V. Lackey x4957 |

Department Or Agency Of Officer

*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: __0__ ☐ I (0) ☐ II (1-4) __ ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ☐ not guilty

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine $ | Restitution** $ | Attorney's Fee $ | Community Service Fee $ | Other $ |
|---|---|---|---|---|

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

MECKLENBURG COUNTY

FILED #83

APR 23 2015

AT_____O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

File No.

14CRS223787

**In The General Court Of Justice**
☐ District ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223787 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_        ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_        ☐ See additional information on reverse.

NOTE: _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____
Assistant/Deputy Clerk of Superior Court

_(Over)_

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

Case 4:16-cv-00020-BO  Document 32-2  Filed 05/02/16  Page 14 of 83

| File No. 14CR 223788 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

**WARRANT FOR ARREST**

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

*Offense*
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

MECKLENBURG County    In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

*Name And Address Of Defendant*
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 17881467, $4054.19 from TRAVELERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth [redacted]/1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. [redacted]8150 | Drivers License No. & State 8282364 NC |
|---|---|

*Name Of Defendant's Employer*

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

*Date Of Offense*
10/09/2012

*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*

*Complainant (Name, Address Or Department)*
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH              NC      27699
WAKE COUNTY          (919) 807-6840

*Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY [signature]
Assistant/Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| *Signature* K V JOHNSON | *Location Of Court* | *Court Date* |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | *Court Time* ☐ AM ☐ PM |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | *Date Issued* 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*

**ORIGINAL COPY**

Printed on 06/21/2014 6:30 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 ☐ AM ☑ PM | | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| Y. Lacky | V. Lackey x4457 |

*Department Or Agency Of Officer*

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

*Department Or Agency Of Officer*

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** |
|---|---|---|---|---|

No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____

☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days serve

☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602)]*

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."*)

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____

_____

_____

_____

_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-60-

# STATE OF NORTH CAROLINA

Mecklenburg    County

MECKLENBURG COUNTY
FILED #83

AT _____ O'CLOCK __ M
BY _____
CLERK OF SUPERIOR COURT

File No.

14CRS223788

In The General Court Of Justice
☐ District    ☒ Superior Court Division

## STATE VERSUS

APR 22 2015

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223788 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

Assistant Deputy, Clerk Superior Court

(Over)

| File No. | **14CR 223790** | | Law Enforcement Case No. 140610104396 | | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG ___ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 005410003, $6210.99 from METLIFE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
10/05/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _Crystal Oates_
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|

☒ Magistrate    ☐ Deputy CSC
☐ Assistant CSC    ☐ Clerk Of Superior Court

| Court Time ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

*Printed on 06/21/2014 ( 7:00 PM*

Case 4:16-cv-00020-BO    Document 32-2    Filed 05/02/16    Page 18 of 83

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lackey | V. Lackey #4457 |

Department Or Agency Of Officer
*MCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-180, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty  ☐ no contest ____  VERDICT: ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest ____  ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty  ☐ no contest ____  ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ____  ☐ not guilty ____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ ____
☐ be imprisoned for a term of ____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit ____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for ____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete ____ hours of community service during the first ____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within ____ days.
☐ 7. not be found in or on the premises of the complainant or ____
☐ 8. not assault, communicate with or be in the presence of the complainant or ____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: ____
____
____
____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with ____
☐ sentence is to run at the expiration of the sentence in ____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except ____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) ____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.*

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

### STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223790 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
   No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

   in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. **14CR 223791** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE
4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
MECKLENBURG    (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 032203449, $22492.71 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
10/01/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 | [X] Magistrate   [ ] Deputy CSC<br>[ ] Assistant CSC   [ ] Clerk Of Superior Court | | Court Time [ ] AM [ ] PM |
|---|---|---|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☑ PM | Date Returned |
|---|---|---|---|---|
| 10-21-14 | 10-21-14 | 1410 | | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| X— Stk | W. STOKES 1298 |

Department Or Agency Of Officer
MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☐ PM | Date Returned |
|---|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

No./Level: __0__ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) ___

| PLEA: ☐ guilty ☐ no contest _____ | VERDICT: ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
|---|---|---|
| ☐ guilty ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ guilty ☐ no contest _____ | ☐ guilty _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| ☐ not guilty | ☐ not guilty _____ | |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of probation pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

APR 23 2015

**STATE VERSUS**

Defendant
Ronald Pierce

File No.

14CRS223791

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223791 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_   ☐ See additional information on reverse.

NOTE: _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

| File No. | **14CR 223792** |
|---|---|

Printed on 06/21/2014 ( 7:09 PM

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE     NC     28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████/1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| █████8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
09/28/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC     27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

---

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107783344, $14931.27 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Ass't/Clerk, Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

---

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official  *Magistrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return  *V. Lackey*

Name Of Officer (Type Or Print)  *V. Lackey #4457*

Department Or Agency Of Officer  *MCSO*

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Name Of Officer (Type Or Print)

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____  ☐ guilty ☐ no contest _____  ☐ guilty ☐ no contest _____  ☐ not guilty _____

VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223792

In The General Court Of Justice
☐ District ☒ Superior Court Division

### STATE VERSUS

Defendant
Ronald Pierce

AT_____O'CLOCK____M
BY_____
CLERK OF SUPERIOR COURT

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223792 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional Information on reverse.

---

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

Assistant, Deputy, Clerk Superior Court

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 26 of 83

| File No. **14CR 223794** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

## STATE OF NORTH CAROLINA

**MECKLENBURG** County

In The General Court Of Justice
District Court Division

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

**THE STATE OF NORTH CAROLINA VS.**

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE        NC      28226
MECKLENBURG      (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 549052851, $846.07 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
09/27/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON  ☒ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|
| | | Court Time  ☐ AM  ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM | Date Returned |
|---|---|---|---|---|
| 6-21-2014 | 6-21-14 | 1410 | ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| /M Hunt x0879 | MF Smith |

Department Or Agency Of Officer
*MCSD*

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM | Date Returned |
|---|---|---|---|---|
| | | | ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

| | Signature Of Attorney |
|---|---|
| | |

District Attorney ☐ Waived ☐ Not Indigent

Attorney For Defendant ☐ Appointed ☐ Retained

**PRIOR CONVICTIONS:** No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC<br>☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

**STATE VERSUS**

Defendant
Ronald Pierce

File No.
14CRS223794

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223794 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
Assistant Deputy Clerk Superior Court

| | |
|---|---|
| *Law Enforcement Case No.* 140610104396 NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | *LID No.* / *SID No.* / *FBI No.* |

# WARRANT FOR ARREST

*Offense*
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

*Name And Address Of Defendant*
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE     NC    28226
MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 38241875, $3507.22 from LIBERTY MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| *Race* | *Sex* | *Date Of Birth* | *Age* |
|---|---|---|---|
| W | M | ████ 1957 | |

| *Social Security No./Tax ID No.* | *Drivers License No. & State* |
|---|---|
| ████ 8150 | 8282364 NC |

*Name Of Defendant's Employer*

| *Offense Code(s)* | *Offense In Violation Of G.S.* |
|---|---|
| I 2632 | I 14-100 |

*Date Of Offense*
09/24/2012

*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*

*Complainant (Name, Address Or Department)*
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY     (919) 807-6840

*Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)*

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| *Signature* K V JOHNSON | *Location Of Court* | *Court Date* |
|---|---|---|
| [X] *Magistrate*   [ ] *Deputy CSC* [ ] *Assistant CSC*   [ ] *Clerk Of Superior Court* | | *Court Time* [ ] AM [ ] PM |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY *Assistant Deputy Clerk Superior Court*

| [X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** | *Date Issued* 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

| | | District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|---|---|

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

**PRIOR CONVICTIONS:**
No./Level:____ 0 ☐ I (0)____ ☐ II (1-4)____ ☐ III (5+)____

**PLEA:** ☐ guilty  ☐ no contest _____ **VERDICT:** ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____ ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____ ☐ guilty _____ ☐ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 ☐ AM ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| MFSMITX0879 | MFSmith |

Department Or Agency Of Officer
MCSD

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $_____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release  ☐ is recommended.  ☐ is not recommended.  [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a  ☐ longer  ☐ shorter  period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury.  ☐ No probable cause is found as to Count(s)_____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC<br>☐ Assist. CSC  ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223795

APR 23 2015

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223795 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

NOTE: _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_    ☐ See additional information on reverse.

---

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served **by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.**_

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

(Over)

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE        NC      28226
MECKLENBURG      (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | ███1957 | |

Social Security No./Tax ID No.
███8150

Drivers License No. & State
8282364 NC

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|-----------------|------------------------------|
| I 2632 | I 14-100 |

Date Of Offense
09/21/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH        NC      27699
WAKE COUNTY    (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 0077817652, $2970.30 from NATIONWIDE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

Signature
K V JOHNSON

Location Of Court

Court Date

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 | [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | Court Time  [ ] AM  [ ] PM |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)

**ORIGINAL COPY**

Printed on 06/21/2014 0 2:46 PM

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: __0__ ☐ I (0)__ ☐ II (1-4)__ ☐ III (5+) |
|---|---|---|---|---|

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $_____ .
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| MFS x0879 | MF Smith |

Department Or Agency Of Officer
MCSO

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223796 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_    ☐ See additional information on reverse.

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT

| Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE     NC    28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 1957 | |

Social Security No./Tax ID No.
8150

Drivers License No. & State
8282364 NC

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
09/19/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 0077817636, $7169.61 from NATIONWIDE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 10:56 PM

| District Attorney | | ☐ Waived ☐ Not Indigent | Attorney For Defendant | | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

**PLEA:** ☐ guilty  ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____  ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty  ☐ no contest _____  ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____  ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training; that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

## RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

Magistrate

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| M Smith x0879 | M F Smith |

*Department Or Agency Of Officer*

MCSO

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victim's Restitution)/Certification Of Identity (Witness Attendance).")

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

*Department Or Agency Of Officer*

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

## APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

## WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

| Date Waived | Signature Of Defendant |
|---|---|

| Signature Of Attorney |
|---|

## CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 37 of 83

# STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #83

AT_____ O'CLOCK ___M
BY_____
CLERK OF SUPERIOR COURT

APR 23 2015

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant

Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223797 | 1 | Obtaining Property by False Pretense |

---

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

---

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

---

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

---

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY_____
Assistant Deputy Clerk Superior Court

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

| Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▇1957 | |

**Social Security No./Tax ID No.** ▇8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)**
I 2632

**Offense In Violation Of G.S.**
I 14-100

**Date Of Offense**
09/10/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties And Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107395754, $2787.42 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |

| ☒ Magistrate   ☐ Deputy CSC | | Court Time   ☐ AM ☐ PM |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☒ **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

Printed on 06/21/2014 01:32:00 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☑ AM ☐ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magestrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return
*[signature]* KZ1G6

Name Of Officer (Type Or Print)
J. Miller

Department Or Agency Of Officer
*Meck Sheriff*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|
| | | |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Name Of Officer (Type Or Print)

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** |
|---|---|---|---|---|

No./Level: ☐ 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution. (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certif. Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, under the supervision of the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83
APR 22 2015
AT_____ O'CLOCK
BY:_____
CLERK OF SUPERIOR COURT

Mecklenburg _____ County

File No.

14CRS223799

In The General Court Of Justice
☐ District   ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

**DISMISSAL**

**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223799 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*      ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*      ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. | 14CR 223800 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

**WARRANT FOR ARREST**

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County     In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE                    NC        28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 507410069, $259.52 from FARM BUREAU INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▓▓▓1957 | |

Social Security No./Tax ID No. ▓▓▓8150
Drivers License No. & State 8282364 NC

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
09/01/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH                    NC        27699
WAKE COUNTY              (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By ▓▓▓▓▓▓
Assistant Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

(over)
**ORIGINAL COPY**

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 ☐AM ☑PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magestrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| *X2765* | J. Miller |

Department Or Agency Of Officer
*Meck Sheriff*

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

#### RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐AM ☐PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

### APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

| District Attorney | | Attorney For Defendant | | PRIOR CONVICTIONS: |
|---|---|---|---|---|
| | ☐ Waived ☐ Not Indigent | | ☐ Appointed ☐ Retained | No./Level: 0 I (0) II (1-4) III (5+) |

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Continuation Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ _____, and pay the fee prescribed by G.S. 143B-708 within _____.
☐ 7. not be found in or on the premises of the _____.
☐ 8. not assault, communicate with or be in the presence of the complainant or _____.
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

FILED

Mecklenburg County

STATE VERSUS

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223800 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY

| File No. | 14CR 223801 |
|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC     28226
MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 1957 | |

**Social Security No./Tax ID No.**    **Drivers License No. & State**
█████8150      8282364 NC

**Name Of Defendant's Employer**

**Offense Code(s)**    **Offense In Violation Of G.S.**
I 2632      I 14-100

**Date Of Offense**
08/29/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH      NC    27699
██████████     (919) 807-0310

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# STATE OF NORTH CAROLINA

MECKLENBURG    County    In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 1067278141, $1116.15 from THE HARTFORD INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | Court Time   ☐ AM ☐ PM |

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must take all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained |
|---|---|---|---|

**PRIOR CONVICTIONS:** No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10-21-14 | 10-21-14 | 1410 ☐AM ☒PM | 10-21-14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official: MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| R. Stokes | R. STOKES #2999 |

Department Or Agency Of Officer: MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐AM ☐PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official:

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer:

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) _____ five _____ upon listed in G.S. 14-208.6(4) _____ gainfully and solely employ _____ or fail _____ equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the cost of court and any additional _____ _____

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution _____ Of Identity (Victims' Restitution/Certification Of Identity (Witness Attendance).*

☐ 6. complete _____ hours of community service during the first _____ community service coordinator, and pay the fee prescribed by G.S. 143B-708 with _____
☐ 7. not be found in or on the premises of the complainant _____
☐ 8. not assault, communicate with or be in the presence of the _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

FILED

___Mecklenburg___ County

**STATE VERSUS**

**Defendant**
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223801 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. **14CR 223802** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

# WARRANT FOR ARREST

## STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

Offense
**I F-OBTAIN PROPERTY FALSE PRETENSE**

Printed on 06/21/2014 01:27 PM

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE     NC    28226
MECKLENBURG    (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 17704063, $142.00 from TRAVELERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | _____1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
08/27/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY    (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

*A TRUE COPY*
*CLERK OF SUPERIOR COURT*
*MECKLENBURG COUNTY*
*BY* _____
*Assistant, Deputy, Clerk Superior Court*

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: __0__ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐sheriff. ☐MCP. ☐ DAC.* Pretrial credit_____days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution:** *(Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")*

### RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/2014 | 6/21/2014 | 1425 ☐AM ☑PM | 6/21/2014 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| C. Wylie | C. WYLIE x4166 |

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐AM ☐PM | Date Returned |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
| | Signature Of Attorney |

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s)_____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts
*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

MECKLENBURG COUNTY
FILED #83
APR 23 2015
AT_____O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

14CRS223802

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

### DISMISSAL
### NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223802 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____
Assistant/Deputy Clerk Superior Court

| File No. | **14CR 223803** |
|---|---|

## WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

---

**THE STATE OF NORTH CAROLINA VS.**

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
   MECKLENBURG     (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

**Social Security No./Tax ID No.**     **Drivers License No. & State**
████8150        8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
08/21/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH      NC    27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

---

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | | |

## STATE OF NORTH CAROLINA

——— MECKLENBURG ——— County    In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 168027903, $3037.07 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By _____, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |
| ☒ Magistrate ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

*Printed on 06/21/2014 ( 9:05 PM*

| District Attorney | □ Waived □ Not Indigent | Attorney For Defendant | □ Appointed □ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

**PRIOR CONVICTIONS:** No./Level: __0__ □ I (0) ___ □ II (1-4) □ III (5+)

**PLEA:** □ guilty □ no contest _____ **VERDICT:** □ guilty _____ M.CL. □A1 □1 □2 □3
□ guilty □ no contest _____ □ guilty _____ M.CL. □A1 □1 □2 □3
□ guilty □ no contest _____ □ guilty _____ M.CL. □A1 □1 □2 □3
□ not guilty □ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: □ pay costs and a fine of $ _____
□ be imprisoned for a term of _____ days in the custody of the □ sheriff. □ MCP. □ DAC.* Pretrial credit _____ days served.
□ Work release □ is recommended. □ is not recommended. [□ is ordered. (use form AOC-CR-602)]
□ The Court finds that a □ longer □ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
□ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**NOTE:** The defendant appeared...

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10-21-14 | 6-21-14 | 1410 □ AM ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official: MAGISTRATE

□ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| L. Snow | L. Snow X7995 |

Department Or Agency Of Officer: MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | □ Dep. CSC □ Assist. CSC □ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | □ AM □ PM | |

□ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

□ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution/Certification Of Identity (Witness Attendance).")**

□ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
□ 7. not be found in or on the premises of the complainant or _____
□ 8. not assault, communicate with or be in the presence of the complainant or _____
□ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
□ 10. Other: _____

It is ORDERED that this: □ Judgment is continued upon payment of costs.
□ case be consolidated for judgment with _____
□ sentence is to run at the expiration of the sentence in _____

□ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** □ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. □ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

## APPEAL ENTRIES

□ The defendant, in open court, gives notice of appeal to the Superior Court.
□ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

| | Signature Of Attorney |
|---|---|

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | □ Deputy CSC □ Assist. CSC □ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 52 of 83

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83
APR 28 2015

AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

_____Mecklenburg_____ County

**STATE VERSUS**

Defendant
Ronald Pierce

File No.
14CRS223803

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223803 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*     ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*     ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

File No. **14CR 223804**

Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No.

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG        (704) 236-3884

| Race W | Sex M | Date Of Birth ████/1957 | Age |
|---|---|---|---|

Social Security No./Tax ID No.
████8150

Drivers License No. & State
8282364 NC

Name Of Defendant's Employer

Offense Code(s)
I 2632

Offense In Violation Of G.S.
I 14-100

Date Of Offense
08/23/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY      (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 114764153, $1079.76 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

Signature
K V JOHNSON

[X] Magistrate       [ ] Deputy CSC
[ ] Assistant CSC    [ ] Clerk Of Superior Court

Location Of Court

Court Date

Court Time   [ ] AM [ ] PM

[X] Misdemeanor Offense Which Requires
Fingerprinting Per Fingerprint Plan

Date Issued
06/19/2014

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | **PRIOR CONVICTIONS:**<br>No./Level: __0__ ☐ I (0)___ ☐ II (1-4)___ ☐ III (5+) |

**PLEA:** ☐ guilty _____ ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)*]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

**RETURN OF SERVICE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10-21-14 | 16-21-14 | 1410 ☐ AM ☑ PM | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official: M ASISISTATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| R. Shh | K. STOKES # 2997 |

Department Or Agency Of Officer: MCSO

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |
|---|---|---|
| | | |

**RETURN FOLLOWING REDELIVERY/REISSUANCE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

**WAIVER OF PROBABLE CAUSE HEARING**
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

**CERTIFICATION**
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC<br>☐ Assist. CSC ☐ CSC |
|---|---|---|---|
| | | | |

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

In The General Court Of Justice
☐ District ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223804 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. 14CR 223805 | | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG      (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 35199902, $116.34 from AUTO OWNERS INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth [redacted]1957 | Age |
|---|---|---|---|

**Social Security No./Tax ID No.** [redacted]8150
**Drivers License No. & State** 8282364 NC

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
08/22/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _[signature]_
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|

☒ Magistrate  ☐ Deputy CSC
☐ Assistant CSC  ☐ Clerk Of Superior Court

Court Time  ☐ AM  ☐ PM

☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

**Date Issued** 06/19/2014

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must make all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: |
|---|---|---|---|---|

No./Level: _0_ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____  VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10-21-14 | 10-21-14 | 1410 ☐ AM ☑ PM | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official  MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| K. Sne | K. STOLESX 248 |

Department Or Agency Of Officer  MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____ .
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days. _____ .
☐ 7. not be found in or on the premises of the complainant or _____ .
☐ 8. not assault, communicate with or be in the presence of the complainant or _____ .
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ .

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT_____O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

Mecklenburg County

**STATE VERSUS**

Defendant
Ronald Pierce

File No. 14CRS223805

In The General Court Of Justice
☐ District ☒ Superior Court Division

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223805 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
- ☐ 1. No crime is charged.
- ☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
  No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

- ☐ 3. Defendant has agreed to plead guilty to the following charges:

  in exchange for a dismissal of the following charges:

- ☐ 4. Other: *(specify)*      ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
- ☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
- ☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
- ☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
- ☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
- ☐ 5. Other: *(specify)*      ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY

| File No. **14CR 223806** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

## STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC     28226
MECKLENBURG      (704) 236-3884

| Race W | Sex M | Date Of Birth ▓▓▓1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ▓▓8150 | Drivers License No. & State 8282364 NC |
|---|---|

**Name Of Defendant's Employer**

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

**Date Of Offense**
08/15/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC     27699
WAKE COUNTY    (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 340031077, $2856.35 from UNIVERSAL NORTH AMERICAN INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|
| | | Court Time [ ] AM [ ] PM |

| [X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan** | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

| If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant. |

| District Attorney | ☐ Waived<br>☐ Not Indigent | Attorney For Defendant | ☐ Appointed<br>☐ Retained | **PRIOR CONVICTIONS:** |
|---|---|---|---|---|

No./Level: __0__ ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6/21/2014 | 6/21/2014 | 1425 ☐AM ☑PM | 6/21/2014 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| C. Wylie | C. WYLIE X4166 |

Department Or Agency Of Officer
*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC<br>☐ Assist. CSC<br>☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐AM ☐PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____ .
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, which will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____
_____
_____
_____
_____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver <u>two</u> certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC<br>☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg County

MECKLENBURG COUNTY
FILED #83
APR 28 2015
AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

File No. 14CRS223806

In The General Court Of Justice
☐ District ☒ Superior Court Division

**STATE VERSUS**

Defendant
Ronald Pierce

**DISMISSAL**
**NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223806 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. 14CR 223807 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| | NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | | | |

# WARRANT FOR ARREST

Offense
**I F-OBTAIN PROPERTY FALSE PRETENSE**

## THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
  MECKLENBURG        (704) 236-3884

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████1957 | |

Social Security No./Tax ID No.
████-8150

Drivers License No. & State
8282364 NC

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
08/09/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
  ANNE M GARMON
  NC DEPARTMENT OF INSURANCE CRIMINAL INVE
  1201 MAIL SERVICE CENTER
  RALEIGH          NC      27699
  WAKE COUNTY        (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

## STATE OF NORTH CAROLINA

———— MECKLENBURG ———— County

In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 032142384, $13022.99 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY ████████ Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | ☒ Magistrate    ☐ Deputy CSC | Location Of Court | Court Date |
|---|---|---|---|
| | ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| | Date Issued | | | Court Time |
|---|---|---|---|---|
| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | 06/19/2014 | | | ☐ AM ☐ PM |

(over)

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

Printed on 06/21/2014 03:17 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☑ PM | Date Returned |
|---|---|---|---|---|
| 6/21/14 | 6/21/14 | 1425 | | 6/21/14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| V. Lashy | V. Lackey x4457 |

Department Or Agency Of Officer
*MCSO*

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest _____  ☐ guilty ☐ no contest _____  ☐ guilty ☐ no contest _____  ☐ not guilty _____

VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____.
☐ 8. not assault, communicate with or be in the presence of the complainant or _____.
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

APR 28 2015

File No. 14CRS223807

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223807 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

(Over)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| File No. **14CR 223808** | Law Enforcement Case No. **140610104396** NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County   In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC       28226
MECKLENBURG        (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107348829, $2243.14 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race **W** | Sex **M** | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
08/08/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC       27699
WAKE COUNTY      (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY Crystal Cams Asst Clerk Of Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate   [ ] Deputy CSC [ ] Assistant CSC   [ ] Clerk Of Superior Court | | Court Time [ ] AM [ ] PM |

[X] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**

Date Issued
06/19/2014

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*
**ORIGINAL COPY**

Printed on 06/21/2014 ( 0:35 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0)___ ☐ II (1-4)___ ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____ .
☐ be imprisoned for a term of _____ days in the custody of the ☐sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

### RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6·21·14 | 6·21·14 | 1410 | 6·21·14 |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return — X 2768
Name Of Officer (Type Or Print) — J. Miller

Department Or Agency Of Officer
MCSO

| Fine $ | Restitution** $ | Attorney's Fee $ | Community Service Fee $ | Other $ |
|---|---|---|---|---|

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____ .
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ .

### APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is/are dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83

APR 23 2015

AT _____ O'CLOCK ___ M
BY _____
CLERK OF SUPERIOR COURT

____Mecklenburg____ County

## STATE VERSUS

Defendant
Ronald Pierce

File No.
14CRS223808

In The General Court Of Justice
☐ District   ☒ Superior Court Division

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223808 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. 14CR 223809 | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE      NC    28226
MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 141088723, $2309.98 from ALLSTATE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ▬1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▬8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
08/08/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH     NC    27699
WAKE COUNTY     (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

BY _Judy Oakes_
Assistant, Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate   [ ] Deputy CSC<br>[ ] Assistant CSC   [ ] Clerk Of Superior Court | | Court Time   [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☑ PM | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

*Magistrate*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| M7S #x0879 | M F Smith |

Department Or Agency Of Officer

MCSO

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|
| | | |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |

| | Signature Of Attorney |
|---|---|
| | |

---

| District Attorney | | ☐ Waived ☐ Not Indigent | Attorney For Defendant | | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: __0__ ☐ I (0) __ ☐ II (1-4) __ ☐ III (5+) |

PLEA: ☐ guilty ☐ no contest _____
☐ guilty ☐ no contest _____
☐ guilty ☐ no contest _____
☐ not guilty _____

VERDICT: ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____

☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine $ | Restitution** $ | Attorney's Fee $ | Community Service Fee $ | Other $ |
|---|---|---|---|---|

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|
| | | | |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 70 of 83

# STATE OF NORTH CAROLINA

MECKLENBURG COUNTY
FILED #83
APR 23 2015
AT_____O'CLOCK___M
BY_____
CLERK OF SUPERIOR COURT

Mecklenburg County

File No. 14CRS223809

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
# NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223809 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

**NOTE:** *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY_____

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

| File No. | **14CR 223811** |
|---|---|

| Law Enforcement Case No. | 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County    In The General Court Of Justice
District Court Division

## THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE          NC      28226
MECKLENBURG     (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 75423051, $3580.67 from USAA INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | ████ 1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ████ 8150 | 8282364 NC |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

Date Of Offense
05/14/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH          NC      27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
By Crystal Oakes
Assistant Deputy Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| K V JOHNSON | | |

| [X] Magistrate | [ ] Deputy CSC | Court Time |
| [ ] Assistant CSC | [ ] Clerk Of Superior Court | [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| 10-21-14 | 10-21-14 | 1410 | ☐ AM ☑ PM | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
M. MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| L. Stok | K. STOKES X 2495 |

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | | Date Returned |
|---|---|---|---|---|
| | | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

| District Attorney | | ☐ Waived ☐ Not Indigent | Attorney For Defendant | | ☐ Appointed ☐ Retained |
|---|---|---|---|---|---|

**PRIOR CONVICTIONS:**
No./Level: 0 ☐ I (0) __ ☐ II (1-4) __ ☐ III (5+)

**PLEA:** ☐ guilty ☐ no contest ____ **VERDICT:** ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest ____ ☐ guilty ____ M.CL. ☐A1 ☐1 ☐2 ☐3
☐ not guilty ____ ☐ not guilty ____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ ____

☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602.)]

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims') Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)

☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| | | |

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC |
|---|---|---|---|
| | | | ☐ Assist. CSC ☐ CSC |

NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

APR 28 2015

**STATE VERSUS**

Defendant
Ronald Pierce

File No.
14CRS223811

In The General Court Of Justice
☐ District ☒ Superior Court Division

**DISMISSAL
NOTICE OF REINSTATEMENT**

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223811 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

**NOTE:** _Recall all outstanding Orders For Arrest in a dismissed case._

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

In exchange for a dismissal of the following charges:

☐ 4. Other: _(specify)_        ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. _(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)_

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: _(specify)_        ☐ See additional information on reverse.

**NOTE:** _This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court._

_Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody._

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

_(Over)_

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
Crystal Oakes

| File No. | **14CR 223813** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS

# WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE                NC        28226
MECKLENBURG         (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 29923477, $3730.58 from LIBERTY MUTUAL INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ▮▮1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ▮▮8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
07/31/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH              NC      27699
WAKE COUNTY     (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| [X] Magistrate [ ] Deputy CSC | | |
| [ ] Assistant CSC [ ] Clerk Of Superior Court | | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
**ORIGINAL COPY**

*Printed on 06/21/2014 0 3:00 PM*

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | **PRIOR CONVICTIONS:** No./Level: __0__ ☐ I (0)___ ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served
☐ Work release ☐ is recommended. ☐ is not recommended. (☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
| $ | $ | $ | $ | $ |

**RETURN OF SERVICE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☐ PM | Date Returned |
| 10-21-14 | 10-21-14 | 1410 | ☑ PM | 10-21-14 |

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
| | R. STOKES 296 |

Department Or Agency Of Officer
*NCSO*

**\*\*Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")**

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

**RETURN FOLLOWING REDELIVERY/REISSUANCE**
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | ☐ AM ☐ PM | Date Returned |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

**APPEAL ENTRIES**
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |

**WAIVER OF PROBABLE CAUSE HEARING**
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
| | Signature Of Attorney |

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s)_____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |

**CERTIFICATION**
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 76 of 83

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No. 14CRS223813

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223813 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*    ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | A TRUE C
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____ Assistant/Deputy Clerk Superior Court |

*(Over)*

| File No. **14CR 223814** | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

## WARRANT FOR ARREST

Offense
I F-OBTAIN PROPERTY FALSE PRETENSE

### STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County     In The General Court Of Justice
District Court Division

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE             NC       28226
MECKLENBURG           (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 107341187, $5946.71 from STATE FARM INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race W | Sex M | Date Of Birth ████1957 | Age |
|---|---|---|---|

| Social Security No./Tax ID No. ████8150 | Drivers License No. & State 8282364 NC |
|---|---|

Name Of Defendant's Employer

| Offense Code(s) I 2632 | Offense In Violation Of G.S. I 14-100 |
|---|---|

Date Of Offense
08/02/2012

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH             NC      27699
WAKE COUNTY         (919) 807-6840

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

A TRUE
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY _____
Assistant Deputy, Clerk Superior Court

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature K V JOHNSON | Location Of Court | Court Date |
|---|---|---|
| ☒ Magistrate   ☐ Deputy CSC | | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | | ☐ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |
|---|---|

Printed on 06/21/2014 0 3:36 PM

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: _0_ ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____ .
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

### RETURN OF SERVICE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 ☐ AM ☑ PM | 6-21-14 |

☑ By arresting the defendant and bringing the defendant before:
Name Of Judicial Official
MAGISTRATE

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| R. Stokes x2908 | R. Stokes |

Department Or Agency Of Officer
MCSO

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE
I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:
Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

### APPEAL ENTRIES
☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

### CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

**File No.** 14CRS223814

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

**Defendant**
Ronald Pierce

## DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223814 | 1 | Obtaining Property by False Pretense |

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

AOC-CR-307, Rev. 4/11
© 2011 Administrative Office of the Courts

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY

| | Law Enforcement Case No. 140610104396 | LID No. | SID No. | FBI No. |

**NC DEPARTMENT OF INSURANCE CRIMINAL INVESTIGATIONS**

# WARRANT FOR ARREST

**Offense**
I F-OBTAIN PROPERTY FALSE PRETENSE

## STATE OF NORTH CAROLINA

**MECKLENBURG** County  In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
RONALD LEONARD PIERCE

4917 CEDAR FOREST DR

CHARLOTTE            NC       28226
MECKLENBURG          (704) 236-3884

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain US CURRENCY CHECK 0077822912, $6240.17 from NAITONWIDE INSURANCE by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: DEFENDANT DEPOSITED INSURANCE CHECK INTO HIS BUSINESS ACCOUNT WITHOUT PROPER ENDORSEMENT.

| Race | Sex | Date Of Birth | Age |
| W | M | ▓▓1957 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
| ▓▓8150 | 8282364 NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
| I 2632 | I 14-100 |

**Date Of Offense**
07/31/2012

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ANNE M GARMON
NC DEPARTMENT OF INSURANCE CRIMINAL INVE
1201 MAIL SERVICE CENTER
RALEIGH            NC       27699
WAKE COUNTY         (919) 807-6840

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
BY
Assistant Deputy, Clerk Superior Court

| Signature K V JOHNSON | Location Of Court | Court Date |
| [X] Magistrate    [ ] Deputy CSC | | Court Time |
| [ ] Assistant CSC [ ] Clerk Of Superior Court | | [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 06/19/2014 |

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*(over)*

**ORIGINAL COPY**

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived | Attorney For Defendant | ☐ Appointed | PRIOR CONVICTIONS: |
|---|---|---|---|---|
| | ☐ Not Indigent | | ☐ Retained | No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |

**PLEA:** ☐ guilty ☐ no contest _____ **VERDICT:** ☐ guilty _____ M.C.L. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.C.L. ☐A1 ☐1 ☐2 ☐3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.C.L. ☐A1 ☐1 ☐2 ☐3
☐ not guilty _____ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____.
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 6-21-14 | 6-21-14 | 1410 ☐AM ☒PM | 6-21-14 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official
*MAGISTRATE*

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return — *R Suk*
Name Of Officer (Type Or Print) — *R. STOKES 1299*

Department Or Agency Of Officer
*MCSO*

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victim's' Restitution)/Certification Of Identity (Witness Attendance).")

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐AM ☐PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return | Name Of Officer (Type Or Print)

Department Or Agency Of Officer

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is **ORDERED** that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Deputy CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Case 4:16-cv-00020-BO   Document 32-2   Filed 05/02/16   Page 82 of 83

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

APR 28 2015

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant
Ronald Pierce

# DISMISSAL
## NOTICE OF REINSTATEMENT

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 14CRS223815 | 1 | Obtaining Property by False Pretense |

## ☒ DISMISSAL

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. There is no crime is charged.

☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
No evidence putting defendant at the bank depositing the check or depositing via mobile deposit. Assignment of benefits by victim and the fact that funds would have been deposited anyway makes fraudulent intent unclear.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

## ☐ DISMISSAL WITH LEAVE

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 04-22-2015 | Steven D. Hardgrave | |

## ☐ REINSTATEMENT

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

*(Over)*

A TRUE COPY
CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY