IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:16-CV-20-BO

| | | |
|---|---|---|
| RONALD LEONARD PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANNE M. GARMON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on plaintiff's motion for limited discovery (D.E. 36), which was referred to the undersigned magistrate judge for disposition (*see* D.E. 57). By his motion, plaintiff seeks leave to immediately serve on defendant several interrogatories set out in the motion (Mot. 3-4). The Scheduling Order the court is entering contemporaneously herewith expressly permits plaintiff to immediately serve these interrogatories as an exception to the deferral of discovery otherwise provided for. The motion is accordingly DENIED AS MOOT.[1]

SO ORDERED, this 30th day of June 2016.

James E. Gates
United States Magistrate Judge

---

[1] Although plaintiff filed his motion prior to the parties' Fed. R. Civ. P. 26(f) conference, once the conference was held, on 1 June 2016 (*see* Rep. on Rule 26(f) Conf. (D.E. 45) ¶ 1), he was free pursuant to Fed. R. Civ. P. 26(d)(1) to serve the interrogatories without leave of court, subject, of course, to any limitations the court subsequently imposed in the Scheduling Order or other order.