UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD LEONARD PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ANNE M GARMON, ANGELA HATCHELL, | ) | |
| WAYNE GOODWIN, ROBERT CUNNINGHAM, | ) | 4:16-CV-20-BO |
| ANGELA FORD, SHANE GUYANT, | ) | |
| JAMES AYERS, REBECCA SHIGLEY, | ) | |
| TERESA KNOWLES, ROBERT MACK, | ) | |
| ROBERT LISSON, FARM BUREAU | ) | |
| INSURANCE OF NORTH CAROLINA, | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY, and SAFECO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter comes before the Court on defendant's motion to dismiss, made pursuant to Rule 12 of the Federal Rules of Civil Procedure [DE 39], plaintiff's motion for leave to file a second amended complaint [DE 76], and plaintiff's motion for sanctions [DE 84].

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with this Court's order entered August 30, 2016 this action is dismissed without prejudice as to Nationwide Mutual Insurance Company; Farm Bureau Insurance Company of North Carolina, Safeco Corporation; State Farm Insurance Companies, Inc.; Robert Mack, individually; and, James Ayers, individually.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss [DE 39] is GRANTED, and plaintiff's motion for leave to file a second amended complaint [DE 76] and motion for sanctions [DE 84] are DENIED. Plaintiff's motion for hearing [DE 89] is GRANTED by reason of the hearing held on November 8, 2011.

This case is closed.

**This judgment filed and entered on December 13, 2016, and served on:**
John D. Mansfield (via CM/ECF Notice of Electronic Filing)
Daniel Snipes Johnson (via CM/ECF Notice of Electronic Filing)

M. Denise Standford (via CM/ECF Notice of Electronic Filing)

December 13, 2016

JULIE RICHARDS JOHNSTON, CLERK

/s/ Lindsay Stouch
By: Deputy Clerk